| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Davison, Paul E. | 2. Court or Organization US District Court, SDNY | 3. Date of Report 05/04/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge (full time) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address 300 Quarropas Street White Plains, New York 10601 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/04/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | ▬▬▬▬▬▬ - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Lawyers Association | 3/31/17-4/1/17 | New York City | Annual Dinner | Meals, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank Account | | None | L | T | | | | | |
| 2. Citibank Bank Accounts (Y) | | | | | | | | | |
| 3. Aberdeen Asia Pac Income (FAX) | B | Int./Div. | | | Sold | 08/25/17 | K | | |
| 4. Angel Oak Multistrat Income (ANGIX) | A | Int./Div. | | | Sold | 07/19/17 | K | | |
| 5. Black Rock A Intl Index (MDIIX) | | None | | | Sold | 01/03/17 | L | B | |
| 6. BlackRock Intl Index Instl (MAIIX) | A | Int./Div. | L | T | Buy | 01/03/17 | L | | |
| 7. Columbia A Small Cap Index (NMSAX) | | None | | | Sold | 01/03/17 | L | D | |
| 8. Columbia Small Cap Index R5 (CXXRX) | C | Int./Div. | L | T | Buy | 01/03/17 | K | | |
| 9. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 10. Consolidated Edison (ED) | A | Dividend | K | T | | | | | |
| 11. DFA Emerging Markets Core Equity (DFCEX) | A | Int./Div. | K | T | | | | | |
| 12. DFA Five Year Global Fixed Income (DFGBX) | A | Int./Div. | L | T | Buy | 08/25/17 | L | | |
| 13. DFA Targeted Credit Portfolio (DTCPX) | A | Int./Div. | K | T | Buy | 07/19/17 | K | | |
| 14. Disney (DIS) | A | Dividend | L | T | Donated (part) | | | | |
| 15. DoubleLine I Total Return Bond (DBLTX) | B | Int./Div. | | | Sold | 08/25/17 | L | | |
| 16. Dreyfus S&P 500 Stock Index R (DSPIX) | D | Int./Div. | N | T | Buy | 01/03/17 | N | | |
| 17. | | | | | Buy (add'l) | 12/28/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus S&P 500 Index (PEOPX) | | None | | | Sold | 01/03/17 | N | | |
| 19. Fidelity Cash Reserve (Qual) (FDRXX) | A | Int./Div. | K | T | | | | | |
| 20. Fidelity Equity Income (FEQIX) (Y) | | | | | | | | | |
| 21. Fidelity Floating Rate High Income (FFRHX) | B | Int./Div. | | | Sold (part) | 09/20/17 | K | A | |
| 22. | | | | | Sold | 10/31/17 | K | A | |
| 23. Fidelity Government Money Market (SPAXX) | A | Int./Div. | K | T | Buy | 09/22/17 | K | | |
| 24. Fidelity Inflation Protected Bond Index Premium (FSIYX) | A | Int./Div. | K | T | Buy | 12/13/17 | K | | |
| 25. Fidelity Intermediate Treasury Bond Index Premium (FIBAX) | A | Int./Div. | | | Buy | 11/01/17 | K | | |
| 26. | | | | | Sold | 12/13/17 | K | | |
| 27. Fidelity Retirement Money Market (FRTXX) | A | Int./Div. | | | Sold (part) | 02/16/17 | K | | |
| 28. | | | | | Sold | 09/22/17 | K | | |
| 29. Fidelity Spartan Emerging Markets Index Advantage (FPMAX) | A | Int./Div. | K | T | | | | | |
| 30. Fidelity Treasury Fund (FZFXX) | A | Dividend | J | T | | | | | |
| 31. Franklin High Income A (FHAIX) | | None | | | Sold | 01/03/17 | K | | |
| 32. Franklin High Income Adv (FVHIX) | C | Int./Div. | | | Buy | 01/03/17 | K | | |
| 33. | | | | | Sold | 12/08/17 | K | C | |
| 34. iShares Core MSCI Emerging Markets (IEMG) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares iBoxx Investment Grade Corp Bond (LQD) | A | Int./Div. | | | Sold | 07/19/17 | K | B | |
| 36. iShares Trust Core MSCI Total International Stock ETF (IXUS) | | None | | | Sold | 02/16/17 | K | B | |
| 37. Johnson & Johnson (JNJ) | B | Int./Div. | L | T | Donated (part) | | | | |
| 38. Lord Abbett Short Duration Income R5 (LDLTX) | A | Int./Div. | K | T | Buy | 12/08/17 | K | | |
| 39. Nuveen Build Amer Bd Fd (NBB) | B | Int./Div. | K | T | Buy (add'l) | 07/19/17 | K | | |
| 40. Nuveen Build America (NBD) | D | Int./Div. | L | T | | | | | |
| 41. Nuveen NY Select (NXN) | A | Int./Div. | J | T | | | | | |
| 42. Nuveen Select Tax-Free Income (NXQ) | A | Int./Div. | K | T | Buy | 03/29/17 | K | | |
| 43. PIMCO Income Institutional (PIMIX) | C | Int./Div. | L | T | Buy (add'l) | 07/19/17 | K | | |
| 44. PIMCP Invest Grade Corp Bond Instl (PIGIX) | B | Int./Div. | | | Buy | 02/16/17 | K | | |
| 45. | | | | | Sold | 12/29/17 | K | B | |
| 46. Powershares Build America Bond (BAB) | B | Int./Div. | K | T | Sold (part) | 07/19/17 | K | A | |
| 47. SPDR Barclays Municipal (TFI) | A | Int./Div. | K | T | | | | | |
| 48. SPDR S&P Emerging Markets Small Cap (EWX) | A | Int./Div. | J | T | | | | | |
| 49. Stone Ridge Reinsurance Reinsurance Risk Premium (SRRIX) | A | Int./Div. | K | T | Buy | 09/20/17 | K | | |
| 50. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 51. Vanguard Global Ex US Real Estate Index (VNQI) | A | Int./Div. | K | T | Buy | 08/25/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard GNMA Admiral (VFIJX) | B | Int./Div. | K | T | | | | | |
| 53. Vanguard High Yield Corporate Admiral (VWEAX) | B | Int./Div. | K | T | | | | | |
| 54. Zimmer Biomet Holdings Inc (ZBH) | A | Dividend | K | T | | | | | |
| 55. TRUST #1 (H) | | | | | | | | | |
| 56. -Aberdeen Asia Pac Income (FAX) | C | Int./Div. | K | T | | | | | |
| 57. DFA Emerging Market Value (DFEVX) | B | Int./Div. | L | T | | | | | |
| 58. DFA NY Municipal Income (DNYMX) | A | Int./Div. | K | T | Buy | 08/25/17 | K | | |
| 59. Fidelity Conservative Income Muni Bd I (FMNDX) (Formerly FCRDX) | A | Int./Div. | L | T | Buy | 05/03/17 | K | | |
| 60. | | | | | Buy (add'l) | 07/26/17 | K | | |
| 61. -Fidelity New York Municipal Income (FTFMX) | B | Int./Div. | L | T | | | | | |
| 62. -Fidelity Spartan 500 Index Advantage (FUSVX) | C | Int./Div. | M | T | | | | | |
| 63. -Fidelity Spartan Extended Market Index Adv (FSEVX) | B | Int./Div. | K | T | | | | | |
| 64. -Fidelity Spartan Tax-Free Bond (FTABX) | B | Int./Div. | K | T | | | | | |
| 65. -Fidelity Spartan Total Market Index - Adv (FSTVX) | D | Int./Div. | N | T | | | | | |
| 66. Fidelity Treasury Fund (FZFXX) | A | Int./Div. | M | T | | | | | |
| 67. iShares Barclays 7-10 Yr Treasury Bond (IEF) (IEF) | A | Int./Div. | L | T | Buy (add'l) | 12/08/17 | K | | |
| 68. -iShares MSCI EAFE Index (EFA) | C | Int./Div. | M | T | Sold (part) | 10/11/17 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/08/17 | K | D | |
| 70. | | | | | Sold (part) | 12/08/17 | J | C | |
| 71. -iShares MSCI Emerging Markets Index (EEM) | C | Int./Div. | M | T | | | | | |
| 72. -iShares Russell 1000 Index (IWB) | A | Int./Div. | L | T | | | | | |
| 73. -iShares S&P 500 Index (IVV) | B | Int./Div. | M | T | | | | | |
| 74. -iShares S&P Global Timber & Forestry Index (WOOD) | A | Int./Div. | K | T | Sold (part) | 11/08/17 | K | E | |
| 75. -Nuveen Credit Strategies Income Fund (JQC) | A | Int./Div. | | | Sold | 03/07/17 | K | D | |
| 76. -Nuveen Energy MLP Total Return (JMF) | C | Int./Div. | K | T | | | | | |
| 77. -Nuveen NY Municipal Dividend Advantage (NAN) | C | Int./Div. | L | T | | | | | |
| 78. -Payden High Income (PYHRX) | B | Int./Div. | | | Sold | 07/26/17 | L | C | |
| 79. -S&P Dep Receipts (SPY) | A | Int./Div. | L | T | | | | | |
| 80. -SPDR Barclays Municipal (TFI) | B | Int./Div. | L | T | | | | | |
| 81. -SPDR Dow Jones Industrial Average (DIA) | B | Int./Div. | L | T | | | | | |
| 82. -TCW Total Return Bond I (TGLMX) | A | Int./Div. | | | Sold | 08/25/17 | L | A | |
| 83. -Vanguard FTSE (VSS) | A | Int./Div. | K | T | | | | | |
| 84. -Vanguard Short Term Corp Bond (VCSH) | C | Int./Div. | M | T | | | | | |
| 85. Weyerhaeuser (WY) (Formerly Plum Creek Timber Co (PCL)) | A | Int./Div. | | | Sold | 12/08/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On line 59, FMNDX was initially purchased as FCRDX on 5/3/17. This was then converted to a different share class of the same fund on 7/10/17. The new ticker for this share class is FMNDX.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul E. Davison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544